UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| HARRY J. ALEXANDER, JR. and <br> MINNIE D. ALEXANDER, <br><br> Plaintiffs. <br><br> v. <br><br> CITY OF MEMPHI, TENNESSEE and <br> MEMPHIS LIGHT GAS & WATER <br> DIVISION, a division of the City of Memphis, <br> Tennessee, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 22-cv-2256-SHM/cgc <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER OF DISMISSAL

Before the Court is the parties' March 18, 2024 joint stipulation of dismissal with prejudice (D.E. 44). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' joint stipulation, this action is DISMISSED WITH PREJUDICE. The parties agree to bear their own costs and attorneys' fees associated with this lawsuit.

IT IS SO ORDERED this 27th day of March, 2024.

                                                             */s/   Samuel H. Mays, Jr.*
                                                    SAMUEL H. MAYS, JR.
                                                    UNITED STATES DISTRICT JUDGE