```
                    UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF TENNESSEE
                            WESTERN DIVISION
```

| | |
|---|---|
| **HARRY J. ALEXANDER, JR. and MINNIE D. ALEXANDER,** ) ) ) | |
| Plaintiffs. ) ) | |
| v. ) ) | No. 22-cv-2256-SHM/cgc |
| **CITY OF MEMPHI, TENNESSEE and MEMPHIS LIGHT GAS & WATER DIVISION, a division of the City of Memphis, Tennessee,** ) ) ) ) ) | |
| Defendants. ) | |

# JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order docketed on March 27, 2024.

**APPROVED:**

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

March 27, 2024                    WENDY R. OLIVER
DATE                              CLERK

                                  */s/ Jairo Mendez*
                                  (By) DEPUTY CLERK